COZEN O'CONNOR
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400
*Attorneys for Plaintiff, AIOI Insurance Company a/s/o Yazaki North America, Inc.*

## United States District Court
## Southern District of New York

---------------------------------------------------------------x
:
AIOI INSURANCE COMPANY, as subrogee and :
assignee of YAZAKI NORTH AMERICA, INC.   :   Case No.: 08-cv-1479
:
    Plaintiff,                           :
:
    -against-                            :
:                   **STATEMENT**
TIMELY INTEGRATED, INC.                  :   **PURSUANT TO RULE 7.1**
:
    Defendants.                          :
---------------------------------------------------------------x :

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AIOI INSURANCE COMPANY as subrogee of YAZAKI NORTH AMERICA, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

### AIOI INSURANCE COMPANY

Dated: New York, New York
       February 12, 2008

_____
James F. Campise