Barry N. Gutterman, Esq. (BG6410)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Timely Integrated, Inc.
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------X
AIOI INSURANCE COMPANY, as subrogee and assignee of
YAZAKI NORTH AMERICA, INC.

                Plaintiff,

v.

TIMELY INTEGRATED, INC.

                Defendants.

---------------------------------------------------------------------------

ECF CASE

08 CIV 1479
(Judge Griesa)

**LOCAL RULE
7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Timely Integrated, Inc., a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Timely Integrated, Inc. or publicly held corporations that own 10% or more of Intransit Timely Integrated Inc.'s stock:

      **NONE**

Dated: New York, New York
      March 18, 2007

                    By: /s/ Barry Gutterman
                    Barry N. Gutterman, Esq. (BG-6410)
                    Barry N. Gutterman Associates, P.C.
                    60 East 42nd Street, 46th Floor
                    New York, New York, 10165
                    (212) 983-1466

                    Attorneys for Defendant
                    Timely Integrated, Inc.

TO:   James F. Campise, Esq.
        Cozen O'Connor
        45 Broadway, 16th Floor
        New York, New York 10006
        (212) 908-1203

        Attorneys for Plaintiff

TR2817.7.1