UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AIOI INSURANCE COMPANY, as subrogee and          CIVIL ACTION NO.: 1:08-cv-01479-TPG
assignee of YAZAKI NORTH AMERICA, INC.

                Plaintiff(s),                                     **NOTICE OF MOTION FOR LEAVE TO FILE THIRD-PARTY INTERVENOR COMPLAINT ON BEHALF OF LUCKY 7 TRANSPORTATION**

        v.

TIMELY INTEGRATED, INC.

                Defendant(s).
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that pursuant to Rule 26 of the Federal Rules of Civil Procedure, for the reasons set forth in the Affirmation of Eric B. Schoenfeld, Esq. and Memorandum of Law submitted in support of this motion, proposed Intervenor third-party Plaintiff, LUCKY 7 TRANSPORTATION will move this Court at the United States Courthouse located at, 500 Pearl Street, New York, New York 10007-1312, before the Honorable Thomas P. Griesa, U.S.D.J., on a date to be chosen by the Court, for an Order for granting leave to proposed Intervenor Third-Party Plaintiff LUCKY 7 TRANSPORTATION to file a third-party intervenor complaint against Plaintiff AIOI INSURANCE COMPANY, as subrogee and assignee of YAZAKI NORTH AMERICA, INC.

    **PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within ten business days after receipt of the moving papers and any reply affidavits and memoranda of law shall be served within five business days after service of the answering papers.

                                    Respectfully submitted

                                    SCHOENFELD MORELAND, P.C.
                                    Attorneys for proposed Intervenor Third-Party Plaintiff
                                    LUCKY 7 TRANSPORTATION
                                    By:   __/s/_____
                                    ERIC B. SCHOENFELD (ES8532)
                                    61 Broadway
                                    18th Floor
                                    New York, New York 10005
                                    (212) 509-0500
                                    Our File: PGI-3743-DN1

Dated:  June 12, 2008
        New York, New York


TO:     James F. Campise, Esq.
        Nicoletti, Hornig & Sweeney
        88 Pine Street
        7th Floor
        New York, New York 10005
        Attorney for Plaintiff AIOI Insurance Company as Assignee of Yazaki North America, Inc.

        Barry Neil Gutterman, Esq.
        Barry Neil Gutterman & Associates, P.C.
        The Lincoln Building
        60 East 42nd Street
        New York, New York 10165