**United States District Court**
**Southern District of New York**
-----------------------------------------------------------x

AIOI INSURANCE COMPANY, as subrogee and assignee
of YAZAKI NORTH AMERICA, INC.

    Plaintiff,

  -against-

TIMELY INTEGRATED, INC.

    Defendants.
-----------------------------------------------------------x

Case No.: 1:08-cv-01479-TPG

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: James F. Campise

**X** *Attorney*

  ✓ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    3631

  __ I am a Pro Hac Vice attorney

  __ I am a Government Agency attorney

**X** *Law Firm/Government Agency Association*

  From: Nicoletti, Horning & Sweeney, 88 Pine Street, New York, NY 10005

  To: Cozen O'Connor, 45 Broadway, New York, New York 10006

  **X** I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  __ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

*Address: 45 Broadway, 16th Floor, New York, New York 10006*

*Telephone Number: 212-509-9400*

*Fax Number: 212-509-9492*

*E-Mail Address: jcampise@cozen.com*

Dated: June 20, 2008  *[signature]*